1  **BOHN & BOHN LLP**
   ROBERT H. BOHN, ESQ. - State Bar #36283
2  152 North Third Street, Suite 200
   San Jose, California 95112
3  Telephone: (408) 279-4222
   Fax No.: (408) 295-2222
4

5  Attorneys for Plaintiff KENNETH DAUB

6

7              UNITED STATES DISTRICT COURT      *E-FILED - 9/29/05*

8              NORTHERN DISTRICT OF CALIFORNIA

9                    SAN JOSE DIVISION
                                                  RMW
10
   KENNETH E. DAUB,                No.  C0501055 JW
11
            Plaintiff,
12                                  STIPULATION AND ORDER TO
      v.                            CONTINUE CASE MANAGEMENT
13                                  CONFERENCE AND MOTION TO
   EAGLE TEST SYSTEMS, INC., a      DISMISS
14 corporation and LEONARD FOXMAN,

15          Defendants.
                                   /
16

17       The parties to this action hereby request and stipulate to continue the court's Case

18 Management Conference and defendant's Motion To Dismiss currently set for Friday,
                                                                           9:00
19 September 30, 2005, at 10:30 A.M., to Friday, October 14, 2005, at 10:30 A.M.

20       Plaintiff's counsel has a trial in Santa Clara County Superior Court which is

21 scheduled to commence on Monday, September 26, 2005 and will not be available.

22 Dated:  September 23, 2005         BOHN & BOHN, LLP

23                            BY: _____
24                                  ROBERT H. BOHN, ESQ.
                                    Attorney for Plaintiff
25

26 Dated: September 23, 2005         KATTEN MUCHIN ROSENMAN, LLP

27                            BY: _____
28                                  RYAN J. LARSEN, ESQ.
                                    Attorney for Defendants

STIPULATION AND ORDER                                              1

1     IT IS HEREBY ORDERED that the court's noticed Case Management Conference
2 and defendants' Motion To Dismiss currently set for September 30, 2005, at ~~10:30~~ 9:00
3 A.M., before this court has been vacated and continued to Friday, October 14, 2005, at
4 10:30 A.M. The motion hearing is set for 9:00 am and CMC is set for 10:30 am on the October 14, 2005.

6 Dated: 9/29/05                /s/ Ronald M. Whyte
                                                                 RONALD M. WHYTE, JUDGE
7                                                                  UNITED STATES DISTRICT COURT

STIPULATION AND ORDER                                             2