1  Stacey McKee Knight (SBN 181027)
   Ryan J. Larsen (SBN 211622)
2  **KATTEN MUCHIN ROSENMAN LLP**
   2029 Century Park East, Suite 2600
3  Los Angeles, CA 90067-3012
   Telephone: 310.788.4400
4  Facsimile: 310.788.4471

5  Attorneys for defendant
   EAGLE TEST SYSTEMS, INC.
6
   Robert H. Bohn (SBN 36283)
7  **BOHN & BOHN, LLP**
   152 North Third Street, Suite 200
8  San Jose, CA 95112
   Telephone: 408.279.4222
9  Facsimile: 408.295.2222

10 Attorneys for plaintiff KENNETH DAUB

11
                    **UNITED STATES DISTRICT COURT**
12
                    **NORTHERN DISTRICT OF CALIFORNIA**           *E-FILED - 3/1/06*
13

14
   KENNETH E. DAUB,                              )  CASE NO. C0501055 -RMW
15                                               )
              Plaintiff,                         )  **STIPULATION AND [PROPOSED]**
16                                               )  **ORDER FOR CONTINUANCE OF TRIAL**
        vs.                                      )  **AND RELATED DATES**
17                                               )
   EAGLE TEST SYSTEMS, INC., a corporation,      )  Dept: 6
18 and LEONARD FOXMAN,                           )
                                                 )  Honorable Ronald M. White
19            Defendants.                        )
                                                 )

20
21
22
23
24
25
26
27
28

                                            1

1  The parties jointly seek to continue the current trial date and related dates because plaintiff
2  Kenneth Daub is currently undergoing daily radiation treatments, which are expected to continue
3  through April. Plaintiff and his physician anticipate that the radiation treatments will render him
4  unavailable to participate in discovery for several months, which will impact the current discovery
5  cut off, motion cut off, and the parties' preparation for trial. Accordingly, the parties seek to move
6  the trial and all related dates to compensate for the time that Mr. Daub will be unavailable. Good
7  cause exists for the stipulation as follows:

9  WHEREAS, the Court conducted a Case Management Conference on October 14, 2005, and
10 set the following dates:
11      1.   <u>Trial</u> - September 11, 2006, 1:30 P.M.
12      2.   <u>Pre-Trial Conference</u> – August 31, 2006, 2:00 P.M.
13      3.   <u>Joint Pre-Trial Statement due</u> – August 25, 2006
14      4.   <u>Hearing on Dispositive Motions</u> – July 21, 2006, 9:00 A.M.
15      5.   <u>Expert Discovery Cut Off</u> – May 31, 2006
16      6.   <u>Discovery Cut Off</u> – May 10, 2006
17      7.   <u>Disclosure of Experts</u> – May 10, 2006
18 WHEREAS, the parties have diligently proceeded following the Case Management
19 Conference;
20 WHEREAS, the parties have exchanged Rule 26 initial disclosures;
21 WHEREAS, the parties conducted an Early Neutral Evaluation on December 7, 2005;
22 WHEREAS, the parties have engaged in written discovery;
23 WHEREAS, plaintiff took depositions of four Eagle Test employees on January 11-12, 2006;
24 WHEREAS, on or about January 17, 2006, counsel for Eagle Test sought to depose Mr.
25 Daub. In response, Mr. Daub informed counsel for Eagle Test for the first time that Mr. Daub would
26 be undergoing radiation treatments throughout February, March, and parts of April and would be

1  unavailable for deposition. In addition, Mr. Daub and his counsel were unavailable to take
2  Plaintiff's deposition prior to the treatments commencing;
3      WHEREAS, counsel for Mr. Daub informed Eagle Test that Mr. Daub would not be able to
4  attend a deposition at any time during the treatments (even with appropriate breaks and any other
5  necessary accommodations), and that Mr. Daub's doctor anticipates that Mr. Daub will not be
6  physically able enough to sit for a deposition until at the earliest, the first part of May;
7      WHEREAS, as the present discovery cut off is May 10, 2006, absent scheduling relief, Eagle
8  Test may not be able to depose Mr. Daub at all;
9      WHEREAS, Mr. Daub's current schedule will impact Eagle Test's ability to conduct other
10  discovery, as Eagle Test anticipates that it will need to conduct additional written and third party
11  discovery based upon information obtained during Plaintiff's deposition;
12      WHEREAS, Eagle Test will be substantially prejudiced if it is required to forego this critical
13  discovery;
14      WHEREAS, Mr. Daub's current schedule will impact Eagle Test's ability to prepare its
15  dispositive motions, as Mr. Daub's deposition may not be able to be scheduled before such motions
16  are due;
17      WHEREAS, Mr. Daub's current schedule will impact both parties' ability to prepare for trial;
18      WHEREAS, counsel for Mr. Daub has informed counsel for Eagle Test that he will be out of
19  the state in late December, and has another trial commencing on January 9, 2007;
20      WHEREAS, for all of the foregoing reasons, the parties agree that because Mr. Daub is
21  unavailable for at least three months, a reasonable continuance is appropriate;
22      IT IS HEREBY STIPULATED, between plaintiff DAUB and defendant EAGLE TEST that:
23      1.    The current trial date of September 11, 2006 is vacated.
24      2.    The Court's Case Management Order is amended as follows:
25          a.    Trial – January 29, 2007, 1:30 P.M.
26          b.    Pre-Trial Conference – January 18, 2007, 2:00 P.M.
27          c.    Joint Pre-Trial Statement due – January 12, 2007

STIPULATION AND PROPOSED ORDER

31286945_1

|   |   |   |   |
|---|---|---|---|
| 1 | | d. | Hearing on Dispositive Motions – ~~November 30~~, December 1, 2006, 9:00 A.M. |
| 2 | | e. | Expert Discovery Cut Off – November 14, 2006 |
| 3 | | f. | Discovery Cut Off – October 10, 2006 |
| 4 | | g. | Disclosure of Experts – October 10, 2006 |

3. All other dates are extended pursuant to the new trial date and the Federal Rules of Civil Procedure.

4. This stipulation shall not bar either party from seeking further scheduling relief if Mr. Daub's condition does not permit him to be deposed in early May as currently contemplated.

DATED: February 17, 2006

KATTEN MUCHIN ROSENMAN LLP
Stacey McKee Knight
Ryan J. Larsen

By: _____
Ryan J. Larsen
Attorneys for defendant EAGLE TEST SYSTEMS, INC.

DATED: February 17, 2006

BOHN & BOHN

By: _____
Robert H. Bohn
Attorneys for plaintiff KENNETH E. DAUB

///
///
///
///

# **ORDER**

The Court, having read and considered the foregoing Stipulation, and for good cause appearing therefore, enters the following order:

IT IS HEREBY ORDERED THAT:

1. The current trial date of September 11, 2006 is vacated.
2. The Court's Case Management Order is amended as follows:
   a. Trial - January 29, 2007, 1:30 P.M.
   b. Pre-Trial Conference – January 18, 2007, 2:00 P.M.
   c. Joint Pre-Trial Statement due – January 12, 2007
   d. Hearing on Dispositive Motions – December 1, 2006 ~~November 30, 2006~~, 9:00 A.M.
   e. Expert Discovery Cut Off – November 14, 2006
   f. Discovery Cut Off – October 10, 2006
   g. Disclosure of Experts – October 10, 2006
3. All other dates are extended pursuant to the new trial date and the Federal Rules of Civil Procedure.
4. This stipulation shall not bar either party from seeking further scheduling relief if Mr. Daub's condition does not permit him to be deposed in early May as currently contemplated.

IT IS SO ORDERED.

Dated: 2/24/06            /s/ Ronald M. Whyte
                          Honorable Ronald M. Whyte