**BOHN & BOHN LLP**
ROBERT H. BOHN, ESQ. - State Bar #36283
152 North Third Street, Suite 200
San Jose, California 95112
Telephone: (408) 279-4222
Fax No.: (408) 295-2222

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 11/17/06*

| | |
|---|---|
| KENNETH E. DAUB, | Case No.  C05 01055 RMW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE EXPERT WITNESS DEADLINES |
| v. | |
| EAGLE TEST SYSTEMS, INC., a corporation and LEONARD FOXMAN, | Honorable Ronald M. Whyte |
| Defendants. | |

The parties jointly seek to continue the current deadline for the expert witness disclosure and the close of expert discovery. Good cause exists for the requested continuance to allow additional time for the Plaintiff Kenneth Daub to produce documents responsive to Defendant Eagle Test Systems, Inc.'s Civil Subpoena, which requests production of business documents, including financial documents that will be used by the parties expert witnesses' in forming their opinions.

IT IS HEREBY STIPULATED by the Plaintiff Kenneth Daub and Defendants Eagle Test Systems, Inc. and Leonard Foxman, through their counsel of record, stipulate to the following changes to the current scheduling order for expert witness disclosure and discovery:

The last day for the mutual disclosure of experts, set to have occurred October 10, 2006, is continued to November 15, 2006, and the close of expert discovery, currently

1  set for November 14, 2006, is continued to December 15, 2006.

2  Dated:  November 2, 2006                    BOHN & BOHN LLP

                                                _____
                                                ROBERT H. BOHN
                                                Attorneys for Plaintiff
                                                KENNETH E. DAUB

Dated: November ___, 2006                       KATTEN MUCHIN ROSENMAN LLP


                                                _____
                                                STACEY McKEE KNIGHT
                                                Attorneys for Defendant
                                                EAGLE TEST SYSTEMS, INC.

---

Daub v. Eagle Test Systems, Inc., et al.
Stipulation and [Proposed] Order to Continue Expert Witness Deadlines                    2

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | In consideration of the stipulation signed by the parties and good cause |
| 3 | appearing, it is hereby ordered that: |
| 4 | Disclosure of Expert - November 15, 2006 |
| 5 | Expert Discovery Cut Off - December 15, 2006 |
| 6 | **IT IS SO ORDERED.** |
| 7 | Dated: 11/17/06                    /s/ Ronald M. Whyte |
|   |                                              HONORABLE RONALD M. WHYTE |

# ORDER

In consideration of the stipulation signed by the parties and good cause appearing, it is hereby ordered that:

Disclosure of Expert - November 15, 2006

Expert Discovery Cut Off - December 15, 2006

**IT IS SO ORDERED.**

Dated: 11/17/06          /s/ Ronald M. Whyte

HONORABLE RONALD M. WHYTE